No. 185. RHODE ISLAND LOCOMOTIVE WORKS, PETITIONER, v. CONTINENTAL TRUST COMPANY. January 5, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas Emery* and *Mr. John Ford* for the petitioner. No appearance for the respondent.

---

No. 517. GREAT SOUTHERN FIRE PROOF HOTEL COMPANY, PETITIONER, v. BENJAMIN F. JONES ET AL. January 5, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. John E. Sater* for the petitioner. *Mr. Talfourd P. Linn* for the respondents.

---

No. 529. CITY TRUST, SAFE DEPOSIT AND SURETY COMPANY OF PHILADELPHIA, PETITIONER, v. GLENCOVE GRANITE COMPANY. January 5, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Henry M. Hoyt* for the petitioner. *Mr. Horace L. Cheyney* and *Mr. La Roy S. Gove* for the respondent.

---

No 521. CHARLES L. RAWSON ET AL., PETITIONERS, v. WESTERN SAND BLAST COMPANY ET AL. January 12, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. (The Chief Justice took no part in the decision of this petition.) *Mr. James H. Raymond* and *Mr. Otto R. Barnett* for the petitioners. No appearance for the respondents.

---

No. 536. WILLIAM WHITE, JR., PETITIONER, v. PEERLESS RUBBER MANUFACTURING COMPANY. January 12, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. George H. Christy* for the petitioner. *Mr. Livingston Gifford* for the respondent.